# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1229

_____

KENNETH MARTIN ZINK,

Petitioner,

v.

LT. CONSUELA ROBINSON, et al.,

Respondents.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

November 6, 2024

PER CURIAM.

DISMISSED.

KELSEY, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kenneth Martin Zink, pro se, Petitioner.

No appearance for Respondents.